PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Joel Trent Koehnen**

**Docket No. 0:00CR00219-003(DSD)**

**Petition on Supervised Release**

COMES NOW **MELISSA L. PEREZ**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Joel Trent Koehnen** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine on January 4, 2001, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No firearm or other dangerous weapons
- Drug aftercare
- Mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION #2: The defendant shall not illegally possess a controlled substance.

On January 12, 2005, Mr. Koehnen tested positive for methamphetamine. On January 13, 2005, he contacted this officer and admitted his use.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 50 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 24TH day of January, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Fr
Melissa L. Perez
U.S. Probation Officer

Executed on January 20, 2005
Place St. Paul

SCANNED
JAN 25 2005
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission