Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Joel Trent Koehnen

Docket No. 0:00CR00219-003

**HEARING WAIVER**

I, Joel Trent Koehnen, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall perform 50 hours of community service, as approved by the probation officer.

Signed: ______________________
Joel Trent Koehnen
Supervised Releasee

Witness: ______________________
Melissa L. Perez
United States Probation Officer

Dated: 1-20-05