PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Joel Trent Koehnen**

**Docket No. 0:00CR00219-003(DSD)**

**Petition on Supervised Release**

COMES NOW **MELISSA L. PEREZ**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Joel Trent Koehnen** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine on January 4, 2001, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug aftercare
- Mandatory drug testing

*As amended on January 24, 2005*:

- 50 hours community service

*As amended on April 11, 2005*:

- 10 additional hours of community service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION #1: The defendant shall not commit any federal, state, or local crime.

At the time of this writing, charges are pending against Mr. Koehnen for Assault Fifth Degree and Interference with 911 Call in Dakota County.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall participate for a period of 120 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.
>
> The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

SCANNED
JUN - 3 2005
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 2nd day of June, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Melissa L. Perez
U.S. Probation Officer

Executed on June 1, 2005
Place St. Paul

c: United States Sentencing Commission