Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Joel Trent Koehnen

Docket No. 0:00CR00219-003

# HEARING WAIVER

I, Joel Trent Koehnen, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 120 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

> The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

Signed: ______________________ Witness: ______________________

Joel Trent Koehnen
Supervised Releasee

Dated: 5-23-05

SCANNED
JUN - 3 2005
U.S. DISTRICT COURT MPLS