PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JUL 5 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Joel Trent Koehnen**

**Docket No. 0:00CR00219-003(DSD)**

**Petition on Supervised Release**

COMES NOW **Melissa L. Perez**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Joel Trent Koehnen** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine on January 4, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug aftercare
- Mandatory drug testing

*As amended on January 24, 2005:*

- 50 hours community service

*As amended on April 11, 2005:*

- 10 additional hours of community service

*As amended on June 2, 2005:*

- 120 days of home detention with electronic monitoring
- Mental health aftercare

SCANNED
JUL 06 2006
U.S. DISTRICT COURT MPLS

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION : The defendant shall refrain from any unlawful use of a controlled substance.

SPECIAL CONDITION #2: The defendant shall participate in a program for drug abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On June 2, June 12, and June 24, 2006, Mr. Koehnen failed to report for drug testing. On June 28, 2006, Mr. Koehnen reported to this officer as instructed, and informed this officer that he provided a hair for hair follicle testing earlier that day as required by Dakota County Family Court. He admitted that he had used

–Summons issued 7/5/06

methamphetamine around the end of April or beginning of May 2006. Also, on December 21, 2005, Mr. Koehnen tested positive for methamphetamine and admitted his use.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 5th day of July, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Melissa L. Perez
U.S. Probation Officer

Executed on July 3, 2006
Place St. Paul