UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-219(DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOEL TRENT KOEHNEN, Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

00-219

<u>Defendant Name</u>

Joel Trent Koehnen

<u>Remove AUSA</u>

James E. Lackner

Paul A. Murphy

Susan N. Burke

<u>Add AUSA</u>

Robert M. Lewis

Dated: July 10, 2006

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: James E. Lackner
First Assistant U.S. Attorney