AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 00-219 (3) DSD/SRN

RECEIVED
06 JUL 17 PM 3:45
CLERK, U.S. DIST. COURT
MINNEAPOLIS

Joel Trent Koehnen

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Jeanne J. Graham**

On: **7/18/06 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson, Deputy Clerk

Dated: July 5, 2006

A true printed copy in 2 sheet(s)
of the electronic record filed on
in the United States District Court
for the District of Minnesota.
CERTIFIED, 7/5, 2006
RICHARD D. SLETTEN
BY: Deputy Clerk

SCANNED
JUL 19 2006
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: Kevin Wilkenheiser Date: 7-13-06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: 180 E 5th Street (Probation office) St. Paul MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7-13-06
Date

Al Garber
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure