**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Joel Trent Koehnen,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

Case No: 00-219(DSD/SRN) 3
Date: August 24, 2006
Court Reporter: Lorilee Fink
Tape Number:
Time Commenced: 1:50 p.m.
Time Concluded: 2:00 p.m.
Time in Court: 10 Minutes

## APPEARANCES:

Plaintiff: Frank J. Magill, Assistant U.S. Attorney
Defendant: Robert Malone 9 FPD 9 CJA : Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

: **Modification of Supervised Release - Final Hearing.**

## ORDERED:

: Defendant's supervised release term is modified and defendant shall participate for a period of nine (9) months in a home detention program which may include electronic monitoring. The defendant shall be responsible for the cost of electronic monitoring. .
9 Defendant remanded to custody of the U.S. Marshal.
: Supervised Release to run until the original expiration date of June 3, 2008.
: Written order to be issued.

s/Patricia J. McGinty
Judicial Assistant