UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-219(3)(DSD/SRN)

United States of America,

Plaintiff,

v.

Joel Trent Koehnen,

Defendant.

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

This matter came on for hearing on August 24, 2006, upon the petition on supervised release. The defendant appeared with his counsel and, after being advised of his rights, admitted the charged violations. Therefore, it is adjudged that defendant has violated the conditions of his supervised release by using a controlled substance and not participating in a drug abuse program. Accordingly, **IT IS HEREBY ORDERED** that defendant's supervised release is modified to include the following additional condition:

> The defendant shall participate for a period of nine (9) months in a home detention program which may include electronic monitoring. The defendant shall be responsible for the cost of electronic monitoring.

Defendant shall remain on supervised release to run until the original expiration date of June 3, 2008. In addition to the above modification, the same terms and conditions originally imposed by the court continue in effect.

Dated: August 24, 2006

s/David S. Doty
David S. Doty, Judge
United States District Court