PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
DEC 26 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Joel Trent Koehnen**

**Docket No. 0:00CR00219-003(DSD)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Joel Trent Koehnen** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine on January 4, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug aftercare; mandatory drug testing; and no firearms or other dangerous weapons

50 hours of community service (modified January 24, 2005)
10 hours of community service (modified April 11, 2005)
120 days of home detention with electronic monitoring and mental health treatment (modified June 2, 2005)
9 months of home detention with electronic monitoring (modified August 24, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Koehnen is seasonally employed as a truck driver for Danner's Incorporated. A layoff through the winter months is imminent. Based on the previous supervision experience, it is during these winter months of inactivity that Mr Koehnen experiences his greatest difficulty remaining sober. It is thought that it is in Mr. Koehnen's best interest, to actively engage him with community work service during this time frame.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall comply with the District of Minnesota Offender Employment Policy which may include participation in training, counseling, and/or daily job searching as directed by the probation officer. If not in compliance with the condition of supervision requiring full-time employment at a lawful occupation, the defendant may be required to perform up to 20 hours of community service per week until employed, as approved or directed by the probation officer.

SCANNED
DEC 26 2006
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 21st day of Dec., 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer

Executed on December 20, 2006
Place Minneapolis