Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Joel Trent Koehnen

Docket No. 0:00CR00219-003 (DSD)

## HEARING WAIVER

I, Joel Trent Koehnen, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: ______________________
Joel Trent Koehnen
Supervised Releasee

Witness: ______________________

Dated: 2/23/07

SCANNED
FEB 28 2007
U.S. DISTRICT COURT MPLS