PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
MAR 22 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Joel Trent Koehnen**

**Docket No. 0:00CR00219-003(DSD)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Joel Trent Koehnen** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine on January 4, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug aftercare and mandatory drug testing

50 hours of community service (modified January 24, 2005)
10 hours of community service (modified April 11, 2005)
120 days of home detention with electronic monitoring and mental health treatment (modified June 2, 2005)
9 months of home detention with electronic monitoring (modified August 24, 2006)
Minnesota Offender Employment Program (modified December 21, 2006)
90 days in a community corrections center (modified February 23, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On March 10, 2007, Mr. Koehnen submitted urinalysis which tested positive for methamphetamine.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

SCANNED
MAR 23 2007
U.S. DISTRICT COURT MPLS

Summons Issued 3/23/07

ORDER OF THE COURT

Considered and ordered this 21st day of MARCH, 2007, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer

Executed on March 21, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission