**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Joel Trent Koehnen, Defendant. | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: JEANNE J. GRAHAM<br>U.S. MAGISTRATE JUDGE |

Case No: CR 00-219(3) DSD
Date: 04/05/07
Court Reporter: N/A
Tape Number: 73/671-1208
Time Commenced: 11:20 a.m.
Time Concluded: 11:25 a.m.
Time in Court: 5 Minutes

APPEARANCES:
Plaintiff: Rob Lewis, Assistant U.S. Attorney
Defendant: Robert Malone √ Retained

Interpreter / Language: N/A // ENGLISH

Date Charges Filed: 03/21/07 Offense: **Violation of Supervised Release**

√ Waived Reading of Charges √ Advised of Rights

on Violation of √ Supervised Release

Additional Information:
Defendant released on same conditions as previously imposed. Final revocation hearing is Thursday, April 26, 2007 at 10:00 a.m. before Judge Doty.

s/AR
Criminal Duty Clerk