**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Joel Trent Koehnen,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

Case No: 00-219(3)(DSD/SRN)
Date: April 26, 2007
Court Reporter: Lorilee Fink
Time Commenced: 10:00 a.m.
Time Concluded: 10:20 a.m.
Time in Court: 20 Minutes

## APPEARANCES:

Plaintiff: Timothy Rank, Assistant U.S. Attorney
Defendant: Robert Malone

## PROCEEDINGS:

: Final revocation hearing. Defendant admits allegations.
: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to: 8 months and no further supervision to follow.
: Written order to be issued.

s/ Connie L. Baker
Calendar Clerk