AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
07 MAR 30 PM 2:43
CLERK U.S. DIST. COURT
MINNEAPOLIS

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 00-219(3) DSD

Joel Trent Koehnen

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Judge David S. Doty**

On: **4/5/07 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

**PLEASE HAVE AN ATTORNEY PRESENT FOR THIS HEARING AND CONTACT PRETRIAL SERVICES AT (612) 664-5454, as soon as you receive this summons.**

Kim Krulas

Kim Krulas, Deputy Clerk

Dated: March 23, 2007

SCANNED
APR 18 2007
U.S. DISTRICT COURT MPLS



DC Modified 12/03/04

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me: [1] Chris Connolly Date: 3/27/07

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: U.S. Courthouse 300 South 4th Street MPLS, MN. 55415

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ________________

☐ Returned unexecuted: ________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3/27/07
Date

Ben Gates
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure