Case 0:00-cr-00219-DSD-SRN Document 77-1 Filed 04/26/2007 Page 1 of 2

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

RECEIVED
JUN 11 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**Joel Trent Koehnen**

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Supervised Release)
Case Number: **00-219(3)(DSD/SRN)**
USM Number: **09494-041**
Social Security Number: **8868**
Date of Birth: **1969**

**Robert Malone**
Defendant's Attorney

US MARSHALS SERVICE
RECEIVED
MPLS MN
2007 APR 27 A 9:31

**THE DEFENDANT:**

[x] admitted guilt to violation of **Mandatory Condition** of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Using controlled substance | 3/10/2007 |

**The defendant is sentenced as provided in pages 2 through 2 of this judgment.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**April 26, 2007**
Date of Imposition of Judgment

s/David S. Doty
Signature of Judge

**DAVID S. DOTY**, Senior United States District Judge
Name & Title of Judge

**April 26, 2007**
Date

A true printed copy in 2 sheet(s) of the electronic record filed on 4/26/07 in the United States District Court for the District of Minnesota.
CERTIFIED, 4/26, 2007.
RICHARD D. SLETTEN
BY: ______
Deputy Clerk



SCANNED
JUN 21 2007
U.S. DISTRICT COURT MPLS

Case 0:00-cr-00219-DSD-SRN Document 77-1 Filed 04/26/2007 Page 2 of 2



DEFENDANT: JOEL TRENT KOEHNEN
CASE NUMBER: 00-219(3)(DSD/SRN)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 months with no supervised release to follow**.

[x] The court makes the following recommendations to the Bureau of Prisons:

**That the defendant not be incarcerated in FCI Waseca, Waseca, Minnesota.**

[x] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 6-5-07 to Federal Prison Camp at Duluth, MN, with a certified copy of this judgment.

R.L. Morrison, Warden
~~United States Marshal~~

By [signature]
~~Deputy United States Marshal~~